UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

N.C. PATRIOT, INC.,

**CHAPTER 11**
**CASE NO. 14-07103-5-RDD**

DEBTOR

## APPLICATION FOR COMPENSATION OF CORPORATE OFFICER

NOW COMES N.C. Patriot, Inc., (the "Debtor") and files this Application for Compensation of Corporate Officer, pursuant to E.D.N.C. BLR 4002.3, stating the following:

1. That on December 8, 2014, Debtor filed a petition, under the provisions of Chapter 11 of the United States Bankruptcy Code.

2. That Debtor's business involves the provision of computer programming services and residential rental properties.

3. That James Jerald Burns, (the "Applicant"), is the sole owner and President of the Debtor and provides substantially all services on behalf of the Debtor. Applicant is a primary participant in the managerial, administrative, and financial activities of the business of Debtor, and in fact devotes his full time and efforts to those pursuits.

4. The Applicant received annual compensation of approximately $45,000.00 in 2013, for only a partial year that the Debtor was operating. Since January 1, 2014, the Applicant has been paid $1,250.00 per week for services performed on behalf of the Debtor. The Debtor seeks approval for pay in the reduced amount of $1,250.00 per week during the pendency of this case. This represent an annual salary of $65,000.00, which is lower than average for the services provided by Applicant. In addition, the Debtor provides health insurance for the Applicant in the amount of $368.44 per month.

5. The Applicant will receive no additional compensation from the Debtor.

6. The Applicant, in his capacity as officer of the Debtor, proposes maintenance and continuation of the salary amount of $1,250.00 per week, as well as maintenance of the Applicant's health insurance, from and after the initiation of this Bankruptcy Case as being reasonable in light of his investment of time and labor, previous experience and the financial condition of the Debtor.

WHEREFORE, the Debtor prays that it be authorized to compensate Applicant for services as the Owner and President of the Debtor on the basis set out herein, and that it have such other and further relief as is just.

DATED:     December 9, 2014

                                              Bradford Law Offices

                                              _S/Danny Bradford_____
                                              Danny Bradford
                                              N.C. Bar No.: 23011
                                              455 Swiftside Drive, Suite 106
                                              Cary, North Carolina 27518
                                              Telephone: (919)758-8879
                                              Facsimile: (919)803-0683
                                              Dbradford@bradford-law.com

I, James Jerald Burns, the President of the Debtor, declare under penalty of perjury that I have read the foregoing document and that it is true and correct to the best of my information and belief.

                                                _____
                                                James Jerald Burns

## CERTIFICATE OF SERVICE

I, Danny Bradford, of Raleigh, North Carolina, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the date stated below, I served copies of the foregoing pleading, by CM/ECF Electronic service and/or by depositing a true and correct copy into the regular first class United States mail, postage prepaid, and properly addressed to the following:

Bankruptcy Administrator
434 Fayetteville Street Mall, Suite 640
Raleigh, North Carolina 27601

I certify under penalty of perjury that the foregoing is true and correct.

Dated:      December 9, 2014

Bradford Law Offices

_S/Danny Bradford_____
Danny Bradford
N.C. Bar No.: 23011
455 Swiftside Drive, Suite 106
Cary, North Carolina 27518
Telephone: (919)758-8879
Facsimile: (919)803-0683
Dbradford@bradford-law.com