United States Bankruptcy Court
Eastern District of North Carolina
Raleigh Division

| | |
|---|---|
| In Re: ) | Case No.: 14-07103-5-RDD |
| ) | |
| **N.C. Patriot, Inc.** ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | Chapter 11 |
| ) | |

### STATEMENT OF BANKRUPTCY ADMINISTRATOR CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

The Bankruptcy Administrator for the Eastern District of North Carolina reports as follows:

1. The order for relief in this case under Chapter 11 of the Bankruptcy Code (11 U.S.C. Section 1101, *et seq* .) was entered on December 8, 2014.

2. Despite efforts by the Bankruptcy Administrator to contact unsecured creditors, as of the date of the Section 341 Meeting of Creditors, sufficient indications of willingness to serve on a committee of unsecured creditors were not received from persons eligible to serve on such a committee (see 11 U.S.C. § 1102(b)(1). Accordingly, the Bankruptcy Administrator is unable to organize and recommend to the Court the appointment of a committee of creditors holding unsecured claims against the Debtor.

Date:   January 13, 2015

                                                  Respectfully submitted,
                                                  **s/Scott Kirk**
                                                  Scott Kirk
                                                  Staff Attorney

Eastern District of North Carolina
434 Fayetteville Street, Ste 620
Raleigh, North Carolina  27601
(919) 856-4886

## CERTIFICATE OF SERVICE

I, Rick P. Hinson, of 434 Fayetteville Street, Suite 620, Raleigh, North Carolina, 27601, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing document on the following:

| N.C. Patriot, Inc.<br>Attn:  Managing Agent<br>9650 Strickland Road<br>Suite 103-373<br>Raleigh, NC 27615 | Bradford , Danny<br>Attorney at Law<br>Served by Electronic Mail |
|---|---|

by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   January 13, 2015

**s/Rick P. Hinson**
Rick P. Hinson
Bankruptcy Analyst

Bankruptcy Administrator's Office
Eastern District of North Carolina
434 Fayetteville Street, Ste 620
Raleigh, North Carolina 27601
(919) 856-4886